**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6099**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

MICHAEL SCOTT MCRAE,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
Senior District Judge.  (5:97-cr-00094-H-6)

Submitted:  March 30, 2010          Decided:  April 12, 2010

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Scott McRae, Appellant Pro Se.  Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Scott McRae appeals the district court's order finding him ineligible for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McRae, No. 5:97-cr-00094-H-6 (E.D.N.C. Dec. 30, 2009). We deny McRae's motion to hold his appeal in abeyance and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED